```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Franky Rojas

   v.             Case No. 1:13-fp-365

David Dionne, et al


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

  The attachments, Exhibits A-Z, & Exhibit LL to the [1] Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the referenced attachments and exhibits.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to these documents, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

  SO ORDERED.

                /S/ Landya B. McCafferty
                Landya B. McCafferty
                United States Magistrate Judge

Date: August 15, 2013

cc: Franky Rojas, pro se